**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of __Delaware__
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    *Check one:*
    ☐ Chapter 7
    ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

    Sonocine, Inc.

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☐ Unknown

    _95_ – _4_ _7_ _8_ _8_ _3_ _1_ _0_
    EIN

5. **Debtor's address**

    **Principal place of business**

    8850 Terabyte Court
    Number    Street

    Suite 1

    Reno                              NV    89521
    City                              State  ZIP Code

    Washoe
    County

    **Mailing address, if different**

    _____
    Number    Street

    _____
    P.O. Box

    _____   _____   _____
    City             State   ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____   _____   _____
    City             State   ZIP Code

Debtor  **Sonocine, Inc.**_____   Case number (*if known*)_____
      <sub>Name</sub>

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | www.sonocine.com_____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No<br>☐ Yes. Debtor _____   Relationship _____<br>    District _____ Date filed _____ Case number, if known_____<br>                                         MM / DD / YYYY<br>    Debtor _____   Relationship _____<br>    District _____ Date filed _____ Case number, if known_____<br>                                         MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  __Sonocine, Inc._____        Case number (if known)_____
               Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Global Link Medical Group, Inc. | Business Debt | $ 1,520,000.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 1,520,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Global Link Medical Group, Inc.
Name

5388 Arrow Hwy
Number   Street

Montclair              CA           91763
City                   State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Sam Ip
Name

5388 Arrow Hwy
Number   Street

Montclair              CA           91763
City                   State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2020
             MM / DD / YYYY

✗ /s/ Sam Ip/s/, CEO
Signature of petitioner or representative, including representative's title

**Attorneys**

K. Brian Matlock
Printed name

YK Law, LLP
Firm name, if any

801 So. Figueroa St., Suite 2125
Number   Street

Los Angeles            CA           90017
City                   State        ZIP Code

Contact phone  213-837-2600   Email bmatlock@yklaw.us

Bar number   SBN 243812

State        CA

✗ /s/K. Brian Matlock/s/
Signature of attorney

Date signed  07/28/2020
             MM / DD / YYYY

Debtor **Sonocine, Inc.**     Case number (*if known*) _____
   Name

---

**Name and mailing address of petitioner**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
   MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name: **Christopher Ward**

Firm name, if any: **Polsinelli**

Number Street: **222 Delaware Ave., Suite 1101**

City: **Wilmington**  State: **DE**  ZIP Code: **19801**

Contact phone: **302-252-0922**  Email: **cward@polsinelli.com**

Bar number: **SBN 3877**

State: **Delaware**

✗ **/s/Christopher A. Ward/s/**
Signature of attorney

Date signed: **07/28/2020**
   MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
   MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City  State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
   MM / DD / YYYY